IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-203-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TYLER JONES, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL provide a status update on pending motions [D.E. 189, 193] not later than October 3, 2025.

SO ORDERED. This 19 day of September, 2025.

JAMES C. DEVER III
United States District Judge