IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00203-D-2

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER TO SEAL** |
| TYLER JONES | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 197 be sealed until such time as requested to be unsealed by the United States Attorney.

IT IS SO ORDERED, this the 6 day of October, 2025.

_____
JAMES C. DEVER III
United States District Judge