**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**DOCKET NO. 5:16-CR-203-2D**

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Tyler Jones** | ) | |
| | ) | |

On November 22, 2017, Tyler Jones appeared before the Honorable Terrence W. Boyle, United States District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Hobbs Act Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 1951, 1951(a), and 2, and Brandishing a Firearm in Furtherance of a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c), 924(c)(1)(A)(II), and 2, was sentenced to the custody of the Bureau of Prisons for a term of 84 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Tyler Jones was released from custody and the term of supervised release commenced on December 7, 2022.

From evidence presented at the revocation hearing on June 17, 2026, the court finds as a fact that Tyler Jones, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct
2. Criminal conduct
3. Criminal conduct
4. Criminal conduct
5. Criminal conduct

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 36 months, with no supervision to follow.

**IT IS RECOMMENDED** that the defendant be incarcerated at FCI Edgefield.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 17th day of June, 2026.

James C. Dever III
United States District Judge